# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DESMOND LASTER,

        Petitioner,

v.                                                  Case No. 14-C-365

WILLIAM J. POLLARD,

        Respondent.

## ORDER DISMISSING CASE

On March 31, 2014, Petitioner Desmond Laster, an inmate confined in Waupun Correctional Institution, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction in Milwaukee County Case No. 2010CF1004. Laster simultaneously filed a motion to stay the case so that he could exhaust a claim he sought to add to his petition. The court granted Laster's motion to stay and directed him to file a motion for post-conviction relief, which he did. More than five years later, on July 8, 2019, the court noted that Laster's post-conviction motion was denied in the circuit court, that the denial was affirmed by the Wisconsin Court of Appeals, and that the Wisconsin Supreme Court denied his petition for review on June 11, 2019. The court directed Laster to move the court to lift the stay in this case or to advise why he has not so moved within twenty-one days. To date, Laster has done neither. In accordance with the court's previous order, which warned that Laster's failure to timely comply would result in dismissal for failure to prosecute, the court hereby dismisses this case without prejudice. *See* Civil L.R. 41(c).

**SO ORDERED** this __6th__ day of August, 2019.

                                                                    s/ William C. Griesbach
                                                                    William C. Griesbach, Chief Judge
                                                                    United States District Court